**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ARIELLE WARD,<br><br>Plaintiff,<br><br>v.<br><br>YOUTH VILLAGES, INC., and OZELL PACE, JR.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25-cv-02752-SHL-tmp |

**ORDER DENYING DEFENDANT'S MOTION TO LIFT STAY**

Before the Court is Defendant Ozell Pace, Jr.'s Motion to Lift Stay for the Limited Purpose of Filing a Motion to Dismiss and Motion to Dismiss for Insufficient Service of Process, filed May 15, 2026. (ECF No. 14.) Although this case is stayed pending arbitration, Pace seeks to be dismissed as a defendant because he "has not been properly served, and no proof of service has been filed," and thus, according to Pace, the Court lacks personal jurisdiction over him. (ECF No. 14-1 at PageID 99.) Because the Motion does not reach the merits of the case, he argues, the stay should be lifted and the case against him should be dismissed. (Id. at PageID 99–101.) Plaintiff Arielle Ward opposes the Motion. (ECF No. 16 at PageID 110.)

When, as here, "a lawsuit involves an arbitrable dispute, and a party requests a stay pending arbitration, § 3 of the FAA compels the court to stay the proceeding." Smith v. Spizzirri, 601 U.S. 472, 478 (2024). The stay in this case for the purpose of arbitration is required by law and there appears to be no exception based on a lack of jurisdiction argument. Thus, the Motion is **DENIED**.

**IT IS SO ORDERED,** this 14th day of August, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE